IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

VADA A. ROGERS )
 )
v. ) No. 2:10-0074
 )
MICHAEL J. ASTRUE, )
    Commissioner of Social Security )

O R D E R

The defendant's motion excepting the filing of the administrative record (Docket Entry No. 11) is GRANTED.

In accord with section 5.09 of Administrative Order No. 157, the defendant shall file and the Clerk shall accept for filing and maintain the hard copy of the administrative record. The defendant shall not be required to file the administrative record electronically and the Clerk shall not be required to scan the administrative record.

It is so ORDERED.

                                              JULIET GRIFFIN
                                              United States Magistrate Judge